UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD WARD CUSTER,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>TREASURY,<br><br>            Defendant. | CASE NO. 2:18-cc-00669-RAJ<br><br>**ORDER GRANTING<br>APPLICATION TO PROCEED IN<br>FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 4) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Richard A. Jones.

DATED this 18th day of May, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge